## CHRIS WILSON v. R. TAUER.[2]

December 17, 1920.

No. 21,896.

**Order not appealable.**

Appeal from findings of fact and conclusions of law, made after trial by the court without a jury. Appeal dismissed, because such an order is not appealable. [Reporter.]

[1]Reported in 180 N. W. 118.          [2]Reported in 180 N. W. 93.

Action in the district court for Beltrami county to recover a balance of $143.65 for work and labor. The case was tried before Wright, J., who made findings and ordered judgment in favor of defendant dismissing the action. From the findings and order dismissing the action, plaintiff appealed. Appeal dismissed.

*Albert Chilgren*, for appellant.

*George E. Ericson*, for respondent.

PER CURIAM.

The appeal in the above entitled action was taken from the findings of fact and conclusions of law of the court, made after trial without a jury. The order is not appealable. Von Glahn v. Sommer, 11 Minn. 132 (203); Johnson v. Northern Pacific, F. F. & B. H. Ry. Co. 39 Minn. 30, 38 N. W. 804; Holliston v. Ernston, 120 Minn. 507, 139 N. W. 805.

Appeal dismissed.